FILED
CLERK, U.S. DISTRICT COURT

DEC - 8 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 25-MJ-7480 |
| v. | |
| Luis Antonio Cruz | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _December 12_, _2025_, at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _Charles Eick_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _12/8/2025_         _/s/_         CHARLES F. EICK
                                         U.S. District Judge/Magistrate Judge