1
2
3
4
5
6
7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11    UNITED STATES OF AMERICA,              )
                                             )
12                        Plaintiff,         )    2:25 mj 7480 - DUTY
                                             )
13                v.                         )    ORDER OF DETENTION AFTER HEARING
                                             )    (18 U.S.C. § 3142(i))
14                                           )
      LUIS Antonio CRUZ- Diego              )
15                        Defendant.         )
                                             )
16

17                                      I.

18    A. ( ) On motion of the Government involving an alleged

19           1. ( )  crime of violence;

20           2. ( )  offense with maximum sentence of life imprisonment or death;

21           3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more

22                   years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23           4. ( )  felony - defendant convicted of two or more prior offenses described above;

24           5. ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or

25                   possession or use of a firearm or destructive device or any other dangerous weapon,

26                   or a failure to register under 18 U.S.C § 2250.

27    B. ( ✓ ) On motion ( ✓ (by the Government) / ( ) (by the Court sua sponte involving)

28    ///

1. (✓) serious risk defendant will flee;
2. ( ) serious risk defendant will
   a. ( ) obstruct or attempt to obstruct justice;
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonably assure:

A. (✓) appearance of defendant as required; and/or

B. (✓) safety of any person or the community.

III.

The Court has considered:

A. (✓) the nature and circumstances of the offense, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. (✓) the weight of evidence against the defendant;

C. (✓) the history and characteristics of the defendant;

D. (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because:

circumstances of the alleged offense, which assertedly occurred while Defendant was on probation; prior criminal history

///

///

///

1    B. ( ✓ ) History and characteristics indicate a serious risk that defendant will flee because:

2    _Defendant is a citizen of Guatemala with_

3    _close family ties to that country in addition_

4    _to owning land there; use of an alias;_

5    _possession of Guatemalan passport; severity_

6    _of the potential punishment for the present_

7    _offense; evidence of failure to abide by the conditions of probation_

8    C. ( ) A serious risk exists that defendant will:

9            1. ( ) obstruct or attempt to obstruct justice;

10           2. ( ) threaten, injure or intimidate a witness/ juror, because:

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

18           provided in 18 U.S.C. § 3142 (e).

19   IT IS ORDERED that defendant be detained prior to trial.

20   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

21   facility separate from persons awaiting or serving sentences or persons held pending appeal.

22   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

23   consultation with his counsel.

24

25

26   DATED: _12/12/25_

     _____
     U.S. MAGISTRATE / DISTRICT JUDGE

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                                Page 3 of 3